UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
KAREN WEITHERS,

                Plaintiff,

     - against -

AMERIPATH NEW YORK, INC.,

                Defendant.
------------------------------------------------------x

04 Civ. 6713 (CLB) (GAY)

Memorandum and Order

Brieant, J.

     The Report and Recommendation of the Hon. George A. Yanthis filed November 28, 2005 is hereby adopted as the decision of this Court. The action is dismissed with prejudice for neglect to prosecute and failure to comply with the reasonable orders and directions of the Magistrate Judge.

     The Clerk shall file a final judgment.

SO ORDERED.

Dated: White Plains, New York
       December 19, 2005

                                                          _____
                                                          Charles L. Brieant, U.S.D.J.